**Regan-Dignan Company, appellee, v. Charles A. Dougherty, appellant. Gen. No. 24,272.**

Action to recover damages for wrongfully depriving plaintiff of the use and earning power of certain horses. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed. Opinion filed April 29, 1919.

John A. McKeown, for appellant. D. J. Normoyle, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Cora M. Bauer, administratrix of the estate of William Bauer, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 24,291.**

Action to recover damages for wrongful death caused by a collision between a street car and an automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed April 29, 1919. Rehearing denied May 10, 1919.

Weymouth Kirkland and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel. George H. Mason, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Italian Press Association for use of Henry Hagen, appellee, v. Guiseppe Monaco et al., appellants. Gen. No. 24,298.**

Garnishment proceedings. Judgment against garnishees. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

Darrow & Sissman and C. H. McDermott, for appellants. Will C. Moody and H. S. Ditchburne, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Italian Press Association for use of Pasquale Renzulla, appellee, v. Guiseppe Monaco et al., appellants. Gen. No. 24,299.**

Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded on authority of Italian Press Ass'n for use of Hagen v. Monaco, *ante.* Opinion filed April 29, 1919.

Darrow & Sissman and C. H. McDermott, for appellants. Cermak & McClellan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Italian Press Association for use of Cæsar Massini, appellee, v. Guiseppe Monaco et al., appellants. Gen. No. 24,300.**

Garnishment proceedings. Judgment against garnishees. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded on authority of Italian Press Ass'n for use of Hagen v. Monaco, *ante.* Opinion filed April 29, 1919.